1  TIMOTHY M. CLARK (Bar No. 284447)
     *tclark@thesandersfirm.com*
2  LAUREN A. WELLING (Bar No. 291813)
     *lwelling@thesandersfirm.com*
3  **SANDERS PHILLIPS GROSSMAN, LLC**
   2860 Michelle Drive, Suite 220
4  Irvine, CA 92606
   Telephone:    +1 877 480 9142
5  Facsimile:    +1 213 330 0346

6  Attorneys for Plaintiffs

7  DONALD F. ZIMMER, JR. (Bar No. 112279)
     *fzimmer@kslaw.com*
8  WILLIAM E. STEIMLE (Bar No. 203426)
     *wsteimle@kslaw.com*
9  **KING & SPALDING LLP**
   101 Second Street, Suite 2300
10 San Francisco, CA  94105
   Telephone:    +1 415 318 1200
11 Facsimile:    +1 415 318 1300

12 Attorneys for Defendants
   BRISTOL-MYERS SQUIBB COMPANY,
13 ASTRAZENECA PHARMACEUTICALS LP,
   and MCKESSON CORPORATION

14
## IN THE UNITED STATES DISTRICT COURT
15
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| CAROLYN WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>          Defendants.<br><br>AND RELATED ACTION:<br><br>*Michael Martin v. Bristol-Myers Squibb Company, et al.*,<br>Case No. 4:17-cv-00661-JST | Case No.: 3:16-CV-07152-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1**<br><br>Judge:    Honorable Jon S. Tigar |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1 - 3:16-CV-07152-JST

1  WHEREAS, on August 18, 2017, Defendants Bristol-Myers Squibb Company,
2 AstraZeneca Pharmaceuticals LP, and McKesson Corporation ("Defendants") filed a motion
3 seeking a determination of whether subject matter jurisdiction exists in these related cases, which
4 was originally scheduled for hearing on September 28, 2017, at 2:00 p.m. [Doc. 74];

5  WHEREAS, on September 1, 2017, Plaintiffs filed a motion to dismiss McKesson
6 Corporation as a defendant in these cases, which motion is scheduled to be heard on October 12,
7 2017, at 2:00 p.m. [Doc. 81];

8  WHEREAS, a case management conference had previously been scheduled to occur on
9 September 20, 2017;

10  WHEREAS, the parties submitted a stipulation and proposed order seeking to have the
11 above two motions and the case management conference heard on September 28, 2017 [Doc.
12 86];

13  WHEREAS, the Court denied the request to have the motions and case management
14 conference heard on September 28, 2017, and instead ordered that the case management
15 conference be continued to October 12, 2017, and the subject matter jurisdiction motion be
16 continued to November 9, 2017 [Doc. 88];

17  WHEREAS, counsel for Defendants is unavailable from October 12, 2017, through
18 October 15, 2017, due to a prepaid, long-planned, and non-refundable vacation;

19  WHEREAS, the parties have consulted the Court's calendar regarding dates on which the
20 Court is unavailable;

21  WHEREAS, the next date that the Court and the parties are available is November 2,
22 2017;

23  **NOW, THEREFORE, the Parties stipulate as follows**:

24  The October 12, 2017 hearing of Plaintiff's motion to dismiss McKesson Corporation be
25 continued to November 2, 2017.

26 ///
27 ///
28

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION
TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D.
CAL. CIV. L.R. 6-1

| | | |
|---|---|---|
| 1 | The case management conference scheduled for October 12, 2017, be continued to | |
| 2 | November 2, 2017. | |
| 3 | **IT IS SO STIPULATED.** | |
| 4 | DATED: September 27, 2017 | **SANDERS PHILLIPS GROSSMAN, LLC** |
| 7 | | By: /s/ Timothy M. Clark |
| 8 | | Timothy M. Clark<br>Lauren Welling<br>Attorneys for Plaintiffs |
| 10 | DATED: September 27, 2017 | **KING & SPALDING LLP** |
| 12 | | By: /s/ William E. Steimle |
| 13 | | Donald F. Zimmer, Jr.<br>William E. Steimle<br>Attorneys for Defendants |

### Signature Attestation (N.D. Cal. L.R. 5-1(i)(3))

I, William E. Steimle, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1

Having considered Plaintiffs' and Defendants (collectively, the Parties') Stipulation for Order to Continue the October 12, 2017 hearing of the Plaintiff's motion to dismiss McKesson Corporation and Continue the October 12, 2017 case management conference, and good cause appearing, the Parties' Stipulation is **GRANTED**.

The October 12, 2017 hearing of the Plaintiff's motion to dismiss McKesson Corporation is ~~advanced~~ continued to ~~November 2~~ November 1, 2017.

The October 12, 2017 case management conference is continued to ~~November 2~~ November 1, 2017.

**IT IS SO ORDERED.**

DATED:  September 28, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge

4
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1